UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br><br> Plaintiffs; <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, *et al.*, <br><br> Defendants. | Case No. 11-cv-13005 <br><br> Hon. Victoria A. Roberts |

NOTICE OF APPEARANCE

Please enter the appearance of Ben Wizner as counsel for plaintiffs in the above-entitled action.

Respectfully submitted,

/s/ Ben Wizner_____
BEN WIZNER
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 519-7860
Fax: (212) 549-2654
bwizner@aclu.org

Dated: August 31, 2011

1